**VERDICT FORM**

FILED
M. 1-12 20 11
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
By_____
DEPUTY

Do you find from a preponderance of the evidence:

1. That Defendant Rodney G. Cole, II, intentionally committed acts constituting the use of excessive force against Plaintiff Joseph Christopher Roberts while Plaintiff was in custody?

   Answer:    Yes or No  _Yes_

   Note: If you answered No, proceed to question 7.

2. That Defendant Rodney G. Cole, II's, acts were the proximate cause of damages sustained by Plaintiff?

   Answer:    Yes or No  _Yes_

   Note: If you answered No, proceed to question 7.

3. That Plaintiff should be awarded damages against Defendant Rodney G. Cole, II, for physical injury and medical treatment?

   Answer:    Yes or No  _Yes_

   If you answered Yes, in what amount?  $ _567.91_

4. That Plaintiff should be awarded damages against Defendant Rodney G. Cole, II, for lost earnings?

   Answer:    Yes or No  _Yes_

   If you answered Yes, in what amount?  $ _101.25_

5. That Plaintiff should be awarded damages against Defendant Rodney G. Cole, II, to compensate for physical and emotional pain and mental anguish?

   Answer:    Yes or No  _Yes_

   If you answered Yes, in what amount?  $ _25,000.00_

6. That Defendant Rodney G. Cole, II, acted with malice or reckless indifference to Plaintiff's federally protected rights and that punitive damages should be assessed against him?

   Answer:     Yes or No _Yes_

   If you answered Yes, in what amount? $ _8,000,000.00_

7. That Defendant Johnny Lynn Vickery, Jr., intentionally committed acts constituting the use of excessive force against Plaintiff Joseph Christopher Roberts while Plaintiff was in custody?

   Answer:     Yes or No _Yes_

   Note: If you answered No, your deliberations are completed. The foreperson should date and sign the certificate on the last page of the verdict form.

8. That Defendant Johnny Lynn Vickery, Jr.'s, acts were the proximate cause of damages sustained by Plaintiff?

   Answer:     Yes or No _Yes_

   Note: If you answered No, your deliberations are completed. The foreperson should date and sign the certificate on the last page of the verdict form.

9. That Plaintiff should be awarded damages against Defendant Johnny Lynn Vickery, Jr., for physical injury and medical treatment?

   Answer:     Yes or No _No_

   If you answered Yes, in what amount? $ _0.00_

10. That Plaintiff should be awarded damages against Defendant Johnny Lynn Vickery, Jr., for lost earnings?

    Answer:     Yes or No _Yes_

    If you answered Yes, in what amount? $ _101.25_

11. That Plaintiff should be awarded damages against Defendant Johnny Lynn Vickery, Jr., to compensate for physical and emotional pain and mental anguish?

    Answer:        Yes or No _yes_

    If you answered Yes, in what amount? $ 25,000.00

12. That Defendant Johnny Lynn Vickery, Jr., acted with malice or reckless indifference to Plaintiff's federally protected rights and that punitive damages should be assessed against him?

    Answer:        Yes or No _yes_

    If you answered Yes, in what amount? $ 8,000,000.00

Your deliberations are completed. The foreperson should date and sign the certificate below.

## CERTIFICATE

We, the jury, have answered the above and foregoing questions as herein indicated, and herewith return same into court as our verdict.

01/12/2011                                                    L.D.
_____                                    _____
      Date                                               Foreperson